IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:14-cr-00137 |
| v. ) | Judge Haynes |
| ) | |
| KHALIL BROWN ) | |

## ORDER

Before the Court is Defendant's motion to set a change of plea date (Docket Entry No. 35).

The motion is **GRANTED**. The hearing is set for **Monday, December 1, 2014 at 9:00 a.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 28th day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge