IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:14-cr-00137 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| KHALIL BROWN and | ) | |
| JONATHON STEELE | ) | |

## ORDER

The sentencing hearings in this action currently set for Friday, February 20, 2015 at 3:00 p.m., in the United States Courthouse in Nashville, Tennessee are hereby reset for **Friday, February 20, 2015 at 10:00 a.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the ___ day of January, 2015.

_____
WILLIAM J. HAYNES, JR.
United States District Judge