IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:14-cr-00137-1 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| KHALIL BROWN | ) | |

## ORDER

The sentencing hearing in this action currently set for Friday, February 20, 2015, in the United States Courthouse in Nashville, Tennessee is hereby reset for **Friday, February 27, 2015 at 2:30 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 23rd day of February, 2015.

WILLIAM J. HAYNES, JR.
United States District Judge